■ In the Matter of STANLEY SIMON, a Disbarred Attorney. [702 NYS2d 806] —Petitioner permitted to withdraw his application for reinstatement, as indicated, and motion denied, as academic. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Wallach, JJ.